NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MONEY SUITE COMPANY,**
*Plaintiff-Appellant,*

v.

**21ST CENTURY INSURANCE AND FINANCIAL SERVICES, INC. AND 21ST CENTURY INSURANCE GROUP,**
*Defendants-Appellees,*

AND

**FARMERS GROUP, INC.,**
*Defendant-Appellee,*

AND

**LENDINGTREE, LLC,**
*Defendant-Appellee,*

AND

**CITIGROUP INC.,**
*Defendant-Appellee,*

AND

**METLIFE, INC.,**
*Defendant-Appellee.*

2   THE MONEY SUITE COMPANY v. 21ST CENTURY INSURANCE

———————————

2015-1337, -1338, -1339, -1340, -1341

———————————

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00984-GMS, 1:13-cv-00985-GMS, 1:13-cv-00986-GMS, 1:13-cv-01747-GMS, and 1:13-cv-01748-GMS, Chief Judge Gregory M. Sleet.

———————————

# O R D E R

The above appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellants' opening brief is due April 20, 2015

> FOR THE COURT
>
> /s/ Daniel E. O'Toole
> Daniel E. O'Toole
> Clerk of Court

s31